## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*NAPA Auto Parts of Franklin*
Attn:  President/CEO
600 Highway 46 South
Dickson, TN 37055

_____
Mary E. Augustine (No. 4477)

617349v1